```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC017150
Cashier ID: jmajor
Transaction Date: 02/26/2015
Payer Name: Law Firm of Louis Ginsberg PC
----------------------------------
CIVIL FILING FEE
 For: Law Firm of Louis Ginsberg PC
 Case/Party: D-NYE-1-15-CV-000967-000
 Amount:       $400.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```